RILEY v. UNITED STATES TITLE GUARANTY & INDEMNITY CO.

(Supreme Court, Appellate Term. July 6, 1909.)

Appeal from City Court of New York, Trial Term.

Action by Elwyn G. B. Riley against the United States Title Guaranty & Indemnity Company. From a judgment of the New York City Court for plaintiff, defendant appeals. Reversed, and new trial ordered.

See, also, 117 N. Y. Supp. 974.

Argued before GILDERSLEEVE, P. J., and MacLEAN and SEABURY, JJ.

Hirsch & Rasquin (Fred W. Buermeyer, of counsel), for appellant. E. Mortimer Boyle, for respondent.

PER CURIAM. Having reached the conclusion that the order of the court below denying the motion for a new trial in this action upon the ground of newly discovered evidence must be reversed, it is unnecessary to discuss the merits of the appeal from the judgment herein, since a new trial must necessarily be had.

Judgment reversed, and new trial ordered, with costs to appellant to abide the event.